# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-0009

_____

TERRY K. WILLIAMS,

    Appellant,

    v.

ASSISTANT WARDEN A. D.
WILLIAMS, and RICKY D. DIXON,
Secretary, Florida Department
of Corrections,

    Appellees.

_____

On appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

January 27, 2026

PER CURIAM.

    AFFIRMED.

LEWIS, M.K. THOMAS, and LONG, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Terry K. Williams, pro se, Appellant.

James Uthmeier, Attorney General, and Shirtrina Niquita Roberts, Assistant General Counsel, Tallahassee, for Appellees.